UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORDAN LUCAS HEFFER,

        Plaintiff,

v.                                                  Case No:  6:24-cv-2198-CEM-LHP

LONGWOOD POLICE
DEPARTMENT, CITY OF
LONGWOOD and JOHN DOE,

        Defendants

---

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT:

      This matter comes before the Court following a review of the file. Plaintiff Jordan Lucas Heffer, appearing *pro se*, commenced this action against Defendants on December 4, 2024. Doc. No. 1. With the complaint, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), which was construed as a request to proceed *in forma pauperis*. Doc. No. 2.

      Upon referral, the undersigned granted the motion to proceed *in forma pauperis*, and ordered Plaintiff, on or before January 22, 2025, to submit completed summons and Marshal 285 service forms to the Clerk of Court. Doc. No. 7 (requiring return of the service forms within fifteen days of the mailing of the Order

to Plaintiff, which mailing occurred on January 7, 2025). That deadline expired, but Plaintiff did not submit the summons and Marshal 285 forms. Accordingly, on January 30, 2025, the undersigned issued an Order directing Plaintiff to show cause on or before February 14, 2025 why the case should not be dismissed for failure to prosecute. Doc. No. 9. The undersigned further ordered Plaintiff to submit the completed service forms to the Clerk of Court on or before that date. *Id.* Plaintiff has not complied with that deadline, has not submitted the service forms, and has not responded to the Order to Show Cause.[1]

Accordingly, based on the foregoing, the undersigned respectfully **RECOMMENDS** that the Court **DISMISS** this case without prejudice for failure to prosecute, and thereafter direct the Clerk of Court to close the file. *See* Local Rule 3.10. *See also* Fed. R. Civ. P. 16(f).

## NOTICE TO PARTIES

A party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions. Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal

---

[1] The undersigned also notes that the Court's December 30, 2024 Order to Show Cause to Plaintiff remains outstanding, Doc. No. 5, and Plaintiff has not responded to that Order as well.

conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.

Recommended in Orlando, Florida on February 24, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy