UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JORDAN LUCAS HEFFER,**

**Plaintiff,**

v.                                                    **Case No. 6:24-cv-02198-CEM-LHP**

**LONGWOOD POLICE
DEPARTMENT, CITY OF
LONGWOOD, and OFFICER
JOHN DOE,**

**Defendants.**

_____/

## ORDER

THIS CAUSE is before the Court on review of the United States Magistrate Judge's Report and Recommendation (Doc. 10), recommending that this case be dismissed for failure to prosecute.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 10) is **ADOPTED** and made a part of this Order.

2. This case is **DISMISSED without prejudice** for failure to prosecute.

**DONE** and **ORDERED** in Orlando, Florida on March 19, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party